[No. 12299–1–I.   Division One.   January 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. PHILIP ALAN DUNCAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–00799–1, Liem E. Tuai, J., entered October 4, 1982. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Durham, C.J., and Ringold, J.

[No. 11503–1–I.   Division One.   January 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LANCE T. LORRIGAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03318–7, Charles V. Johnson, J., entered March 4, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams and Ringold, JJ.

[No. 11805–6–I.   Division One.   January 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD E. BLAKESLEY, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 81–1–00473–6, Byron L. Swedberg, J., entered April 29, 1982. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Corbett, A.C.J., and Callow, J.